UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE D. WILLIAMS,<br><br>    Petitioner,<br><br>  v.<br><br>FELICIA PONCE,<br><br>    Respondent. | No. 2:15-cv-2385 KJM DB P<br><br><br>FINDINGS AND RECOMMENDATIONS |

  Petitioner is a former federal prisoner proceeding pro se with a petition for a writ of habeas corpus under 28 U.S.C. § 2241. On June 1, 2018, the undersigned issued an order to show cause why this case should not be dismissed as moot. (ECF No. 14.) The court gave petitioner thirty days to respond. Those thirty days have passed and petitioner has not filed anything in response to the June 1 order.

  Accordingly, for the reasons set forth in the June 1 order, IT IS HEREBY RECOMMENDED that this case be dismissed as moot.

  These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, petitioner may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Petitioner is advised that failure to file objections within the

1

specified time may result in waiver of the right to appeal the district court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991). In the objections, petitioner may address whether a certificate of appealability should issue in the event an appeal of the judgment in this case is filed. <u>See</u> Rule 11, Rules Governing § 2254 Cases (the district court must issue or deny a certificate of appealability when it enters a final order adverse to the applicant).

Dated: July 12, 2018

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-habeas/will2385.fr